# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# GREENVILLE DIVISION

| | |
|---|---|
| **Jenetta Wilson,** ) | Case No.: _____ |
| ) | **(Formerly C/A No.:  2025CP2304920)** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **RESPONSES TO LOCAL RULE 26.01** |
| ) | **INTERROGATORIES** |
| **Greyhound Lines, Inc., and Jane Doe,** ) | |
| ) | |
| **Defendants.** ) | |

**TO:    THE UNITED STATES COURT:**

Under the provisions of Local Rule 26.01, Defendant, Greyhound Lines, Inc., responds to the Court's Rule 26.01 Interrogatories as follows:

A.    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:    None of which Defendant Greyhound Lines, Inc., is aware.**

B.    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:    Defendant Greyhound Lines, Inc., demands a jury trial as to Plaintiff Jenetta Wilson's claims.**

C.    State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** Defendant Greyhound Lines, Inc., is a publicly owned company. It thus answers as follows:

(1) None
(2) None
(3) None

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** Plaintiff Jenetta Wilson filed this case in the South Carolina Court of Common Pleas for Greenville County, which is encompassed by this Division.

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER:** Defendant Greyhound Lines, Inc., is aware of a related case. Thus, it answers as follows:

(1) Case No.: 6:25-cv-13125-DCC Abraham v. Greyhound Lines, Inc., et al.
(2) The matters are related to the same incident, which allegedly occurred on July 25, 2025.
(3) The case is in Discovery.

F.  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:  Defendant Greyhound Lines, Inc., is properly named.**

G.  If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:  Defendant Greyhound Lines, Inc., and Carlina D. Crouch deny liability to any party in this matter. Greyhound Lines, Inc., and Carlina D. Crouch make no such contention at this time but reserve the right to supplement this response and make any available indemnity claim and by maintaining and asserting their defense of comparative negligence.**

H.  [Parties or Intervenors in a Diversity Case.] In an action in which jurisdiction is based on diversity under 28 U.S.C SS 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to the party or intervenor. This response must be supplemented when any later even occurs that could affect the court's jurisdiction under SS 1332(a).

**ANSWER:  Defendant Greyhound Lines, Inc., is incorporated in the State of Delaware and has its principal place of business in the state of Texas.**

~Signature page to follow~

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

<u>s/Mark S. Barrow</u>
Mark S. Barrow Fed. I.D. No. 1220
Joe A. Reinhardt, IV Fed. I.D. No. 14398
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
msb@swblaw.com
jar@swblaw.com

**ATTORNEYS FOR THE DEFENDANT GREYHOUND LINES, INC.**

Columbia, South Carolina

December 10, 2025