**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| JENETTA WILSON, | |
| Plaintiff(s), | Civil Action No.: 6:25-cv-13125-DCC |
| v. | |
| GREYHOUND LINES INC. | **APPEARANCE OF COUNSEL** |
| Defendant(s). | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

    I am admitted to practice before this Court and hereby enter my appearance as counsel for Plaintiff Jenetta Wilson.

                        **MORGAN & MORGAN, P.A.**
                        By: /s/Cooper Klaasmeyer
                        Cooper Klaasmeyer, Esq.
                        State Bar No. 105795
                        Federal Bar No. 14272
                        4401 Belle Oaks Drive, Suite 300,
                        North Charleston, SC 29405
                        (843) 973-5438
Charleston, SC                 Cooper.klaasmeyer@forthepeople.com
November 24, 2025.           *Counsel for Plaintiff*