# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## GREENVILLE DIVISION

| | | |
|---|---|---|
| Jenetta Wilson, | ) | Case No.: 6:25-cv-13807-DCC |
| | ) | (2025CP2304920) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CONSENT TO REMAND |
| Greyhound Lines, Inc., and Jane Doe, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**TO: THE UNITED STATES DISTRICT COURT:**

Plaintiff Jenetta Wilson and Defendant Greyhound Lines, Inc., by and through their undersigned attorneys, hereby consent to remand this case to the South Carolina Court of Common Pleas for Greenville County.

Respectfully submitted,

*[Signature page to follow.]*

Page **1** of **2**

s/ Cooper Klaasmeyer
James G. Biggart, II Fed. I.D. No. 14195
Cooper Klaasmeyer Fed. I.D. No. 14272
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleston, SC  29405
(803) 973-5438
**ATTORNEYS FOR PLAINTIFF**

s Joe A. Reinhardt, IV
Mark S. Barrow Fed. I.D. No. 1220
Joe A. Reinhardt, IV Fed. I.D. No. 14398
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
**ATTORNEYS FOR GREYHOUND LINES, INC.**

Columbia, South Carolina

March 19, 2026