A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: *[signature]*

DEPUTY CLERK

## Orders on Motions

[6:25-cv-13807-DCC Wilson v. Greyhound Lines Inc et al](#)

JURY



### U.S. District Court

### District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 3/24/2026 at 12:10 PM EDT and filed on 3/24/2026
**Case Name:**       Wilson v. Greyhound Lines Inc et al
**Case Number:**     [6:25-cv-13807-DCC](#)
**Filer:**
**WARNING: CASE CLOSED on 03/24/2026**
**Document Number:** 16(No document attached)

**Docket Text:**
**TEXT ORDER granting [14] Motion to Remand to State Court. Based upon the statement of the parties, this Court lacks jurisdiction over this action. Accordingly, it is remanded to the Greenville County Court of Common Pleas. Clerk's Notice: Attorneys are responsible for supplementing the State Record with all documents filed in Federal Court. Signed by Honorable Donald C Coggins, Jr on 3/24/26.(alew)**


**6:25-cv-13807-DCC Notice has been electronically mailed to:**

Mark Steven Barrow      msb@swblaw.com, cds@swblaw.com, mbc@swblaw.com

James Garrett Biggart, II     jbiggart@forthepeople.com, kprieto@forthepeople.com, swright@forthepeople.com

Michael Cooper Klaasmeyer      cooper.klaasmeyer@forthepeople.com, cooper.klaasmeyer@recap.email

Joe Alfred Reinhardt, IV     jar@swblaw.com, meo@swblaw.com

**6:25-cv-13807-DCC Notice will not be electronically mailed to:**